IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

NOV 23 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11-CR-515 |
| ) | |
| ABDULKADIR MOHAMED NUNOW, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in the Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt:

1. The defendant, ABDULKADIR MOHAMED NUNOW, is a native and citizen of Somalia, who entered the United States in 2010 on a valid J1 Visa. From the time of his arrival in the United States in 2010 until the time of his arrest in September 2010, defendant worked at Voice of America, which is the entity that sponsored him for a J-1 Visa.

2. On or about December 12, 2010, in Alexandria, Virginia, the defendant fraudulently applied for a J2 visa for his wife so that she could enter the United States. At that time, the defendant knowingly and intentionally provided false information to the United States Department of State with respect to his wife's identity in a form DS-160, which is the Department of State's application to obtain a J2 visa.

3. The defendant's wife obtained a J2 visa based on the DS-160 containing the false information submitted by the defendant. Defendant's wife entered the United States at Dulles

International Airport, within the Eastern District of Virginia, on February 16, 2011 using the J2 visa that defendant had obtained using false information.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Lolita Lukose
Special Assistant United States Attorney
Chad Golder
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, ABDULKADIR MOHAMED NUNOW and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 11/23/2011

_____
Abdulkadir Mohamed Nunow
Defendant


I am ABDULKADIR MOHAMED NUNOW's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 11/23/2011

_____
Joshua Paulson
Counsel for the Defendant